IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Criminal No. 7:10CR00011-001 |
| | ) | |
| **KEVIN NEVOYLE DICKERSON** | ) | O R D E R |

The Court having considered the defendant's Motion for temporary release to visit his mother in Carilion Roanoke Memorial Hospital after a life threatening accident, and the government having no objection, it is hereby

**O R D E R E D**

that the Federal Public Defender's Office shall work with the family members to ascertain the condition, circumstances, treatment, and hospital visitation policies surrounding the defendant's mother, and to arrange a date and time that is convenient to the U.S. Marshal's Service to facilitate transferring the defendant to the hospital for the express purpose of visiting his mother while she is hospitalized. The U.S. Marshal Service shall exercise its discretion to determine whether this visitation poses a security risk or danger.

The Clerk of this Court shall certify a copy of this Order to all counsel of record, the U.S. Probation Office, Roanoke, VA and the U.S. Marshal's Office, Roanoke, VA.

Enter this 7th day of April, 2010.

*/s/ Michael F. Urbanski*
United States Magistrate Judge