IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Criminal No. 7:10CR00011-001 |
| | ) | |
| **KEVIN NEVOYLE DICKERSON** | ) | **AMENDED ORDER** |

The Court having considered the defendant's Motion for temporary release on April 7, 2010, to visit his mother in Carilion Roanoke Memorial Hospital after a life threatening accident, and the government having no objection, it is hereby

**O R D E R E D**

that the Federal Public Defender's Office shall work with the family members to ascertain the condition, circumstances, treatment, and hospital visitation policies surrounding the defendant's mother, and to arrange a date and time that are convenient to the U.S. Marshals Service to facilitate transferring the defendant to the hospital for the expressed purpose of visiting his mother while she is hospitalized.

The U.S. Marshals Service shall exercise its discretion to determine whether this visitation poses a security risk or danger. Payment of the costs of the U. S. Marshals' personnel and transportation will be sought from the defendant or his representatives prior to the hospital visit, per U.S. Marshals' policy, with costs to be assessed at the request of the defendant's counsel.

The Clerk of this Court shall certify a copy of this Order to all counsel of record, the U.S. Probation Office, Roanoke, Virginia, and the U.S. Marshals Service, Roanoke, Virginia.

ENTERED: This 8th day of April.

*/s/ Michael F. Urbanski*
United States Magistrate Judge